

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00285-CV

ALAN KAY CUSTOM HOMES, LLC          APPELLANT

V.

GARY HAWTHORNE AND          APPELLEES
CHRISTINE HAWTHORNE

------------

## FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 352-269208-13

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant filed a timely notice of appeal from the trial court's June 19, 2014 "Default Judgment Against Defendant." The trial court subsequently granted appellant's motion for new trial on October 2, 2014, while it still had plenary power. *See* Tex. R. Civ. P. 329b(e).

---

[1]*See* Tex. R. App. P. 47.4.

On October 7, 2014, we informed the parties that it appeared the trial court's granting of the motion for new trial rendered this appeal moot and that the appeal would be dismissed as moot unless, on or before October 27, 2014, any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. *See* Tex. R. App. 44.3. Neither party filed a response.

Accordingly, on this court's own motion, we dismiss the appeal. *See* Tex. R. App. P. 42.3, 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: November 26, 2014

2